■ In the Matter of the Claim of DOLORES O'HARA, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 3, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective October 12, 1974 because she voluntarily left her employment without good cause. The board found that the credible evidence established that there was not sufficient change in the condition of the claimant's employment to justify her resignation and that, therefore, she separated from her employment without good cause. There is substantial evidence in the record to sustain such finding. Decision affirmed, without costs. Herlihy, P. J., Sweeney, Kane, Koreman and Larkin, JJ., concur.

■ In the Matter of ELIAS LESTER, Petitioner, v BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.—Proceeding instituted in this court pursuant to subdivision 4 of section 6510 of the Education Law to annul a determination of the Commissioner of Education suspending petitioner's license to practice medicine. The petitioner's constitutional arguments are without substantial merit and the record contains substantial evidence to support the finding that his ability to practice medicine was impaired by a medical disability. Determination confirmed, and petition dismissed, with costs. Herlihy, P. J., Sweeney, Kane, Koreman and Larkin, JJ., concur.